UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   TONYA GAIL MCCRAE                            CASE NO. 12-81181
   809 BEEBE DRIVE                               JUDGE WILLIAM L. STOCKS
   DURHAM, NC  27713

      DEBTOR

SSN(1) XXX-XX-2577                               DATE: 03/13/2013

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1ST NATIONAL CREDIT CARD<br>500 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD  57104 | $0.00<br>INT:  .00%<br>NAME ID: 198829<br>CLAIM #: 0015 | UNSECURED<br>NOT FILED<br>ACCT: 2402<br>COMMENT: |
| 1ST NATIONAL CREDIT CARD<br>500 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD  57104 | $0.00<br>INT:  .00%<br>NAME ID: 198829<br>CLAIM #: 0022 | UNSECURED<br>NOT FILED<br>ACCT: 8729<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 660933<br>DALLAS, TX  75266 | MONTHLY PMT  $1,575.38<br>INT:  .00%<br>NAME ID: 227179<br>CLAIM #: 0001 | ONGOING DEBT<br><br>ACCT: 0111<br>COMMENT: 1ST DEED/TRUST (RES) |
| BANK OF AMERICA NA<br>P O BOX 660933<br>DALLAS, TX  75266 | $31,089.82<br>INT:  .00%<br>NAME ID: 227179<br>CLAIM #: 0036 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 0111<br>COMMENT: ARREARS/1ST DEED/TRUST (RES) |
| BROCK & SCOTT PLLC<br>SEAN M CORCORAN<br>5121 PARKWAY PLAZA DR STE 300<br>CHARLOTTE, NC  28217 | $0.00<br>INT:  .00%<br>NAME ID: 105882<br>CLAIM #: 0035 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BANK OF AMERICA, N.A. |
| CORTUSTCC<br>PO BOX 5431<br>SIOUX FALLS, SD  57117-5431 | $0.00<br>INT:  .00%<br>NAME ID: 229584<br>CLAIM #: 0016 | UNSECURED<br>NOT FILED<br>ACCT: 0979<br>COMMENT: |
| CREDIT FINANCIAL SERVICES**<br>POST OFFICE BOX 451<br>DURHAM, NC  27702-0451 | $0.00<br>INT:  .00%<br>NAME ID: 216587<br>CLAIM #: 0017 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT ONE BANK, N.A.**<br>POST OFFICE BOX 98873<br>LAS VEGAS, NV 89193-8873 | $0.00<br>INT: .00%<br>NAME ID: 234433<br>CLAIM #: 0018 | UNSECURED<br>NOT FILED<br>ACCT: 1682<br>COMMENT: |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC 27713 | $570.70<br>INT: .00%<br>NAME ID: 112370<br>CLAIM #: 0019 | UNSECURED<br><br>ACCT: 7297<br>COMMENT: |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 635<br>CLAIM #: 0003 | SECURED<br>PAID OUTSIDE<br>ACCT: 4198<br>COMMENT: 2012 Real Property: Pay Direct |
| DURHAM COUNTY REGISTER OF DEED<br>COUNTY JUDICIAL BUILDING<br>DURHAM, NC 27702 | $52.00<br>INT: .00%<br>NAME ID: 3044<br>CLAIM #: 0037 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| DURHAM COUNTY TAX COLLECTOR<br>P.O.BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 195882<br>CLAIM #: 0007 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DURHAM COUNTY TAX COLLECTOR<br>P.O.BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 195882<br>CLAIM #: 0009 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DURHAM EMERGENCY PHYSICIANS **<br>P.O. BOX 15133<br>DURHAM, NC 27704-0133 | $0.00<br>INT: .00%<br>NAME ID: 185063<br>CLAIM #: 0020 | UNSECURED<br>NOT FILED<br>ACCT: 6310<br>COMMENT: |
| EQUIFAX INFORMATION SYSTEMS LLC<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | $0.00<br>INT: .00%<br>NAME ID: 183808<br>CLAIM #: 0031 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P.O. BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 226505<br>CLAIM #: 0032 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST PREMIER BANK**<br>POST OFFICE BOX 5524<br>SIOUX FALLS, SD 57117-5524 | $0.00<br>INT: .00%<br>NAME ID: 217730<br>CLAIM #: 0023 | UNSECURED<br>NOT FILED<br>ACCT: 8729<br>COMMENT: |
| HSBC BANK<br>POST OFFICE BOX 5253<br>CAROL STREAM, IL 60197-5253 | $0.00<br>INT: .00%<br>NAME ID: 185687<br>CLAIM #: 0024 | UNSECURED<br>NOT FILED<br>ACCT: 3368<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $11,072.04<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0010 | PRIORITY<br><br>ACCT: 2577<br>COMMENT: 2010,2011 INCOME TAX |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,192.87<br>INT:  .00%<br>NAME ID:  400<br>CLAIM #:  10010 | UNSECURED<br><br>ACCT: 2577<br>COMMENT: 2007 INCOME/PENALTY |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195 | $1,403.17<br>INT:  .00%<br>NAME ID:  188679<br>CLAIM #:  0029 | UNSECURED<br><br>ACCT: 2327<br>COMMENT: WACHOVIA BANK CHECKING |
| LVNV FUNDING LLC<br>ATTN MANAGING AGENT<br>P O BOX 740281<br>HOUSTON, TX  77274 | $0.00<br>INT:  .00%<br>NAME ID:  224356<br>CLAIM #:  0004 | UNSECURED<br>NOT FILED<br>ACCT: 5346<br>COMMENT: JUDGMENT |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>POST OFFICE BOX 900020<br>RALEIGH, NC  27675-9006 | $0.00<br>INT:  .00%<br>NAME ID:  183816<br>CLAIM #:  0033 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF JUSTICE<br>FOR NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT:  .00%<br>NAME ID:  217981<br>CLAIM #:  0008 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:DURHAM COUNTY TAC COLLECTOR |
| NC DEPARTMENT OF JUSTICE<br>FOR NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT:  .00%<br>NAME ID:  217981<br>CLAIM #:  0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,395.45<br>INT:  .00%<br>NAME ID:  402<br>CLAIM #:  0013 | PRIORITY<br><br>ACCT: 2577<br>COMMENT: 2009,2010 INCOME TAXES |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $506.62<br>INT:  .00%<br>NAME ID:  402<br>CLAIM #:  10013 | UNSECURED<br><br>ACCT: 2577<br>COMMENT: 2009,2010 INCOME TAXES |
| PREMIER BANKCARD/CHARTER<br>P O BOX 2208<br>VACAVILLE, CA  95696 | $416.66<br>INT:  .00%<br>NAME ID:  82616<br>CLAIM #:  0021 | UNSECURED<br><br>ACCT: 1369<br>COMMENT: |
| PRIVATE DIAGNOSTIC CLINIC, PLLC<br>5213 SOUTH ALSTON AVENUE<br>DURHAM, NC  27713 | $0.00<br>INT:  .00%<br>NAME ID:  210720<br>CLAIM #:  0025 | UNSECURED<br>NOT FILED<br>ACCT: 5061<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,839.49<br>INT:  .00%<br>NAME ID:  224197<br>CLAIM #:  0026 | UNSECURED<br><br>ACCT: 3946<br>COMMENT: APPLIED CARD |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $44.50<br>INT:  .00%<br>NAME ID:  237199<br>CLAIM #:  0028 | UNSECURED<br><br>ACCT: 3809<br>COMMENT: LANE BRYANT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $969.05<br>INT:  .00%<br>NAME ID: 224197<br>CLAIM #:  0030 | UNSECURED<br><br>ACCT: 2914<br>COMMENT: APPLIED BANK |
| REGIONAL ACCEPTANCE CORP<br>BKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $11,531.06<br>INT:  5.25%<br>NAME ID: 98747<br>CLAIM #:  0006 | VEHICLE<br><br>ACCT: 9531<br>COMMENT: 2007 CHRYSLER 300 |
| SMITH DEBNAM NARRON DRAKE SAINTSING<br>& MYERS, L.L.P<br>P.O. BOX 26268<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 200825<br>CLAIM #:  0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:LVNV FUNDING LLC |
| THE HONORABLE ERIC HOLDER<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC  20530-0001 | $0.00<br>INT:  .00%<br>NAME ID: 231054<br>CLAIM #:  0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:IRS |
| TRANS UNION CORPORATION<br>P.O. BOX 2000<br>CRUM LYNNE, PA  19022-2000 | $0.00<br>INT:  .00%<br>NAME ID: 183823<br>CLAIM #:  0034 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRUSTEE SERVICES OF CAROLINA, LLC<br>C/O BROCK & SCOTT, PLLC<br>5431 OLEANDER DRIVE<br>WILMINGTON, NC  28403 | $0.00<br>INT:  .00%<br>NAME ID: 209050<br>CLAIM #:  0002 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BOA HOME LOANS |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC  27502-1858 | $0.00<br>INT:  .00%<br>NAME ID: 217987<br>CLAIM #:  0012 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:IRS |
| WELLS FARGO<br>CENTRAL BANKRUPTCY DEPARTMENT<br>PO BOX 13765<br>ROANOKE, VA  24037 | $0.00<br>INT:  .00%<br>NAME ID: 222244<br>CLAIM #:  0027 | UNSECURED<br>NOT FILED<br>ACCT: 5589<br>COMMENT: |
| **TOTAL:** | **$63,658.81** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $0.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/12/2013                                        OFFICE OF THE CHAPTER 13 TRUSTEE

                                                                  By: /s/ Brenda Nelms
                                                                   Clerk
                                                                   Chapter 13 Office
                                                                   P. O. BOX 3613
                                                                   DURHAM, NC  27702-3613

cc: Debtor
    Attorney for Debtor - Electronic Notice