Form 211

## UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 12−81181

IN THE MATTER OF:
Tonya Gail McCrae     xxx−xx−2577
fka Tonya McCrae McKnight
809 Beebe Drive
Durham, NC 27713

    Debtor(s)

## FINAL DECREE

**IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

**ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

**ORDERED** that the above−named case be, and hereby is, closed.

Dated: 7/18/13

William L. Stocks
United States Bankruptcy Judge